| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Ernest W. Klatte, III (State Bar No. 115914)<br>eklatte@rutan.com<br>Summer Young Agriesti (State Bar No. 232883)<br>syoung@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br><br>Attorneys for Defendant<br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>    Plaintiff,<br><br>vs.<br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>    Defendant. | Case No. C-08-4232 JL<br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE JAMES LARSON<br>COURTROOM F<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO EXTEND TIME TO BE HEARD CONCURRENTLY WITH THE SCHEDULED CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: September 8, 2008<br>Trial Date: Not set. |

    Plaintiff Mehdi Saberi ("Plaintiff") and Defendant BFS Retail & Commercial Operations, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, counsel for the Defendant is located in Orange County, therefore incurs airfare travel expenses in order to appear at any hearing or conference;

    WHEREAS, the following two appearances are currently scheduled for June 2009: (1) Plaintiff's Motion to Continue Time to Complete ADR and Extend Time to Do Discovery is set for hearing on June 3, 2009 at 9:30 a.m.; and (2) the parties have a June 24, 2009 Case Management Conference set for 10:30 a.m.;

Rutan & Tucker, LLP
attorneys at law

2166/013229-0143
1012040.01 a05/11/09

-1-

Case No. CV-08-4232 JL
STIPULATION TO MOVE HEARING DATE

WHEREAS, consolidating the two appearances will conserve time and resources, and will be most efficient for all parties.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. That the scheduled hearing on Plaintiff's Motion to Continue Time to Complete ADR and Extend Time to Do Discovery currently set for June 3, 2009 at 9:30 a.m. be continued to June 24, 2009 at 10:30 a.m., so that it may be heard concurrently with the scheduled Case Management Conference.

2. That Plaintiff does not object to Defendant's request to appear telephonically for the June 24, 2009 hearing and case management conference.

Dated: May 11, 2009

RUTAN & TUCKER, LLP
ERNEST W. KLATTE, III
SUMMER YOUNG AGRIESTI

By: _____
Summer Young Agriesti
Attorneys for Defendant
BFS RETAIL & COMMERCIAL OPERATIONS, LLC

Dated: May 11, 2009

LAW OFFICES OF MAURITS VAN SMITH

By: _____
Maurits Van Smith
Attorneys for Plaintiff
Mehdi Saberi

IT IS SO ORDERED.

By: _____
The Honorable Judge James Larson

Rutan & Tucker, LLP
attorneys at law

2166/013229-0143
1012040.01 a05/11/09

-2-

Case No. CV-08-4232 JL
STIPULATION TO MOVE HEARING DATE