1 | Ernest W. Klatte, III (State Bar No. 115914)
  | eklatte@rutan.com
2 | Summer Young Agriesti (State Bar No. 232883)
  | syoung@rutan.com
3 | RUTAN & TUCKER, LLP
  | 611 Anton Boulevard, Fourteenth Floor
4 | Costa Mesa, California 92626-1931
  | Telephone: 714-641-5100
5 | Facsimile: 714-546-9035

6 | Attorneys for Defendant
  | BFS RETAIL & COMMERCIAL OPERATIONS,
7 | LLC

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | MEHDI SABERI,

11 | Plaintiff,

12 | vs.

13 | BFS RETAIL & COMMERCIAL
   | OPERATIONS, LLC,
14 | Defendant.

Case No. C-08-4232 JL
ASSIGNED FOR ALL PURPOSES TO:
JUDGE JAMES LARSON
COURTROOM F

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION AND FOR DISCOVERY

Hearing Date: June 24, 2009
Location: Courtroom F
Time: 9:30 a.m.

Date Action Filed: September 8, 2008
Trial Date: Not set.

1 **[PROPOSED] ORDER:**

2     Because BFRC does not oppose Plaintiff's Motion, the hearing set for June 24,
3 2009 at 9:30 a.m. is vacated. However, the Case Management Conference set for 10:30
4 a.m. shall continue, as scheduled.

5     Per the May 12, 2009 Order of this Court, BFRC may appear by telephone.
6 Counsel for BFRC may be reached at (714) 641-3491.

7

8 By: _/s/ James Larson_____
9     The Honorable Judge James Larson

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rutan & Tucker, LLP
attorneys at law

2166/013229-0143
1018452.01 a06/09/09

-1-

Case No. C-08-4232 JL
[PROPOSED] ORDER IN SUPPORT OF
PLAINTIFF'S MOTION TO EXTEND TIME