United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mehdi Saberi, et al.,

        Plaintiffs,

        v.

BFS Retail & Commercial Operations, LLC

        Defendants.
_____/

No. C 08-4232   JL

CASE MANAGEMENT AND PRETRIAL ORDER

Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case management and pretrial order is entered:

1.     TRIAL DATE

    a.     Jury trial will begin on **April 19, 2010** at 9:00 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

    b.     The length of the trial will be not more than 5 days.

2.     DISCOVERY

    All discovery shall be completed by December 31, 2009.

    In the event of a discovery dispute the parties shall use the following procedure:

    Parties shall meet and confer in person, or, if counsel are located outside the Bay Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of

letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet and confer.

If, after a good faith effort, the parties have not resolved their dispute, they shall prepare a concise joint statement, of five pages or less, stating the nature and status of their dispute. The parties shall not file affidavits or exhibits. If a joint statement is not possible, each side may submit a two-page individual statement. The Court will advise the parties regarding the need, if any, for formal briefing or a hearing.

3. MOTIONS

All dispositive motions shall be served and filed not less than **thirty-five (35)** days prior to the scheduled hearing date.  Any opposition shall be served and filed no later than **twenty-one (21)** days prior to the hearing date.  Any reply to the opposition shall be served and filed no later than **fourteen (14)** days prior to the hearing. Prior to a dispositive motion, the parties shall meet and confer and, at the time the motion is filed, submit a joint statement of undisputed facts.

4. ALTERNATIVE DISPUTE RESOLUTION (ADR)

The Court has extended the deadlines for mediation to September 30, 2009.

5. A further Case Management Conference shall be held on October 21, 2009 at 10:30 a.m.

6. PRETRIAL CONFERENCE

a. A final pretrial conference shall be held on April 7, 2010,  at 11:00 a.m., in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel who will try the case.

b. **Not less than thirty (30) days** prior to the date of the pretrial conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule 16-10(b).

c. **Not less than twenty (20) days** prior to the pretrial conference, counsel or parties shall

  (I) serve and file a joint pretrial statement pursuant to Local Rule 16-10(b)(6);

The pretrial statement shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) as well as the following:

THE ACTION
- Substance of the Action
- Relief Prayed

FACTUAL BASIS FOR THE ACTION
- Undisputed Facts
- Disputed Factual Issues
- Agreed Statement
- Stipulations

DISPUTED LEGAL ISSUES
- (List)

TRIAL PREPARATION
- Witnesses to be Called
- Exhibits, Schedules and Summaries;
- Trial
- Estimate of Trial Time
- Use of Discovery Responses at Trial
- Further Discovery or Motions

TRIAL ALTERNATIVES AND OPTIONS
- Settlement Discussions
- Amendments - Dismissals
- Bifurcation, Separate Trial of Issues

MISCELLANEOUS
- Any other concerns of the parties

1  d. At the same time that the parties file their joint pretrial statement they
2 shall also:
3  (ii) Serve and file trial briefs, which shall specify each cause of
4  action and defense remaining to be tried along with a statement of the
5  applicable legal standard (no opposition shall be filed);
6  (iii) Serve and file motions *in limine*, which shall be contained in
7  one document. Motions in limine will be decided at the Pretrial
8  Conference.
9  e. Serve and file a list of excerpts from discovery that will be offered at
10 trial, specifying the witness, page and line references and whether the excerpt is to be
11 offered in lieu of testimony or as impeachment;
12  f. Serve and file a list of witnesses likely to be called at trial, in person or
13 by deposition, other than solely for impeachment or rebuttal, with a brief statement
14 describing the substance of the testimony to be given;
15  g. Serve and file a numerical list of exhibits (including demonstrative
16 exhibits that may be admitted into evidence but not those that are purely illustrative), with a
17 brief statement describing the substance and purpose of each exhibit and the name of the
18 sponsoring witness;
19  h. Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u>
20 (plaintiff shall use numbers and defendant shall use letters); and deliver the original and
21 **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at
22 least one week before trial.
23  (See Label)
24
25  UNITED STATES DISTRICT COURT
26  NORTHERN DISTRICT OF CALIFORNIA
27
28  Case No. _____

PRETRIAL ORDER                                                                                              Page 4 of 6

1  Exhibit No. _____

2

3  Date entered: _____

4

5  RICHARD W. WIEKING, Clerk

6  By: _____

7  Deputy Clerk

8  j.  Serve and file proposed joint voir dire questions and joint jury
9  instructions for cases to be tried by jury (further instructions regarding jury instructions
10 below);

11  k.  Serve and file proposed findings of fact and conclusions of law for cases
12 to be tried by the Court.

13  l.  Serve and file a proposed verdict form which contains no reference to
14 submitting party.

15  m.  **Two courtesy copies** of trial briefs and motions in limine shall be
16 provided.

17  n.  No party shall be permitted to call any witness or offer any exhibit in its
18 case in chief that is not disclosed in these pretrial filings without leave of court and for good
19 cause.

20  7.  **Not less than nine calendar days** prior to the pretrial conference, counsel or
21 parties shall serve and file any opposition or objection to those items required by section 6
22 (e), (f),(j), (k) and (l) of this order.  Additionally, counsel or parties shall file any objections to
23 the qualifications of expert witnesses contained in the opposing party's witness list.
24 Objections not filed as required will be deemed waived.  No replies shall be filed.  All
25 motions and objections shall be heard at the pretrial conference unless otherwise ordered.

26  8.  JURY TRIAL

27  a.  Counsel shall submit an **agreed upon set** of additional voir dire
28 questions to be posed by the Court.  Any voir dire questions on which counsel cannot

United States District Court
For the Northern District of California

1  agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after
2  the Court's questioning.

3          b.      The following jury instructions from the Manual of Model Civil Jury
4  Instructions for the Ninth Circuit (April 2007) will be given absent objection: 1.1B, 1.1C, 1.3,
5  1.6 - 1.14, 1.18, 1.19, 2.1 - 2.4, 2.11,  3.1 - 3.4..  The Ninth Circuit Manual of Model Civil
6  Jury Instructions is available on the web site for the U.S. District Court for the Northern
7  District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home page button
8  at the lower left of the first screen and then choose the Manual of Model Civil Jury
9  Instructions from the list on the right hand side of the next screen.  Counsel shall also
10 submit an agreed upon set of case-specific instructions, using the Ninth Circuit Manual of
11 Model Civil Jury Instructions where appropriate.  Do not submit duplicates of those listed
12 above.  Any instructions to which counsel cannot agree may be submitted separately.
13 Each requested instruction shall be typed in full on a separate page with citations to the
14 authority upon which it is based and a reference to the party submitting it.  A **second blind**
15 **copy** of each instruction and verdict form shall also be submitted omitting the citation to
16 authority and the reference to the submitting party.

17    9.     All documents filed with the Clerk of the Court shall list the civil case number
18 followed by the initials "**JL.**"  One copy shall be clearly marked as a **chambers** copy.

19      IT IS SO ORDERED.

20 DATED: June 29, 2009

21
22                                    James Larson
                                 Chief Magistrate Judge
23
24
25
26
27 G:\JLALL\CHAMBERS\CASES\CIVIL\08-4232\pretrial.2009.frm
28

United States District Court
For the Northern District of California