**RUTAN**
ATTORNEYS AT LAW

Ernest W. Klatte, III
Direct Dial: (714) 641-3491
E-mail: eklatte@rutan.com

August 17, 2009

**VIA ELECTRONIC FILING**

Chief Magistrate Judge James Larson
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102-3483

    Re:   *Mehdi Saberi v. BFS Retail & Commercial Operations*
           Case No.C08-4232 JL

Dear Chief Magistrate Judge James Larson:

    We are in receipt of the attached Notice of Continuance relating to the upcoming Motion for Leave to File First Amended Complaint, now scheduled for October 21, 2009 at 9:30 a.m.

    We request permission to appear telephonically for the hearing so that I may avoid having to travel from Southern California. Plaintiff's counsel does not object to our telephonic appearance. We previously submitted a similar request prior to the rescheduling of this Motion.

    To the extent that our request is granted, my direct dial is (714) 641-3491. I will be standing by at the time of the hearing for a telephone call from your clerk. Please call me if you have any questions.

                                      Very truly yours,

                                      Ernest W. Klatte, III
                                      for RUTAN & TUCKER, LLP

*[Stamp: IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California]*

EWK:pc
Enclosure
cc:    Harry Lewis, Esq. (via electronic notice and U.S. Mail)

Rutan & Tucker, LLP | 611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | www.rutan.com

307/013229-0143
1032592.01 a08/17/09