# RUTAN
ATTORNEYS AT LAW

Ernest W. Klatte, III
Direct Dial: (714) 641-3491
E-mail: eklatte@rutan.com

October 12, 2009

**VIA ELECTRONIC FILING**

Chief Magistrate Judge James Larson
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102-3483

*IT IS SO ORDERED*
*James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Re: *Mehdi Saberi v. BFS Retail & Commercial Operations*
Case No. C08-4232 JL

Dear Chief Magistrate Judge James Larson:

I write to request permission, on behalf of Defendant BFS Retail & Commercial Operations, LLC, to appear telephonically at the upcoming Case Management Conference, scheduled for October 21, 2009 at 10:30 a.m.

This is a continuation of a Case Management Conference that was first held on June 24, 2009. Plaintiff does not oppose our appearing telephonically.

If permission is granted, my direct dial is (714) 641-3491. I will be standing by at the time of the hearing for a telephone call from your clerk. Thank you for extending me this courtesy.

Very truly yours,

Ernest W. Klatte, III
for RUTAN & TUCKER, LLP

EWK:mp
cc: Harry Lewis

Rutan & Tucker, LLP | 611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | www.rutan.com

307/013229-0143
1043304.01 a10/12/09