1  Ernest W. Klatte, III (State Bar No. 115914)
   eklatte@rutan.com
2  Summer Young Agriesti (State Bar No. 232883)
   syoung@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendant
   BFS RETAIL & COMMERCIAL OPERATIONS,
7  LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MEHDI SABERI,                     | Case No. C-08-4232 JL
12 |       Plaintiff,                  | **JOINT STIPULATION TO SCHEDULE POST-MEDIATION CMC**
13 |       vs.                         |
14 | BFS RETAIL & COMMERCIAL           | Date Action Filed:  September 8, 2008
   | OPERATIONS, LLC,                  | Trial Date:         July 19, 2010
15 |                                   |
   |       Defendant.                  |
16

17

18     WHEREAS, the Amended Pretrial Order filed February 22, 1010 required the

19 parties to jointly propose a date for a post-mediation Case Management Conference on a

20 Wednesday at 10:30 a.m.

21     NOW, THEREFORE, the parties hereby jointly stipulate and agree as follows:

22     The parties have agreed to schedule a further post-mediation Case Management

23 Conference at 10:30 on March 31, 2010, the same date that Defendant's Motion to Compel

24 a Mental Examination is scheduled to be heard.

25 / / /

26 / / /

27 / / /

28 / / /

Rutan & Tucker, LLP
attorneys at law

2166/013229-0143
962273.02 a03/05/10

-1-

Case No. CV-08-4232 JL
JOINT STIPULATION TO SCHEDULE
FURTHER CMC

```
 1  Dated: March 5, 2010              RUTAN & TUCKER, LLP
 2
                                      By:      /s/
 3                                        Summer Young Agriesti
                                          Attorneys for Defendant
 4                                        BFS RETAIL & COMMERCIAL
                                          OPERATIONS, LLC
 5
    Dated: March 5, 2010              GCA LAW GROUP, LLP
 6
 7
                                      By:      /s/
 8                                        Kimberly A. Donovan
                                          Attorneys for Dana Girard
 9
10  Dated: March 5, 2010              CORNERSTONE LAW GROUP
11
12
                                      By:      /s/
13                                        Harry Lewis
                                          Attorneys for Plaintiff
14                                        Mehdi Saberi

15  IT IS SO ORDERED.

16                                    By:  /s/ James Larson
                                          James Larson
17                                        U.S. Magistrate Judge
```

Rutan & Tucker, LLP
attorneys at law

2166/013229-0143
962273.02 a03/05/10

-2-

Case No. CV-08-4232 JL
JOINT STIPULATION TO SCHEDULE
FURTHER CMC