HARRY G. LEWIS (SBN 157705)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
Email: hlewis@cornerlaw.com

Attorneys for Plaintiff MEHDI SABERI

Ernest W. Klatte, III (State Bar No. 115914)
Summer Young Agriesti (State Bar No. 232883)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: eklatte@rutan.com

Attorneys for Defendant BFS RETAIL & COMMERCIAL OPERATIONS, LLC

KIMBERLY A. DONOVAN (SBN 160729)
BARBARA A. TANZILLO (SBN 168339)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 237-7294
Facsimile: (650) 428-3901
Email: kdonovan@gcalaw.com

Attorneys for Defendant DANA GIRARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>  Plaintiff,<br><br>vs.<br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>  Defendant. | **CASE NO. CV-08-4232 JL**<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**<br><br>Before the Honorable James Larson<br><br>Date Action Filed: September 8, 2008<br>Trial Date: July 19, 2010 |

1  Plaintiff Mehdi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial
2  Operations, LLC ("BFRC"), and Defendant Dana Girard ("Girard") by and through their
3  respective counsel, hereby stipulate as follows:
4  WHEREAS, Plaintiff seeks to dismiss his Fifth Claim for Intentional Infliction of
5  Emotional Distress set forth in his First Amended Complaint;
6  WHEREAS, Defendants do not oppose the dismissal of this claim;
7  NOW, THEREFORE, the parties hereby stipulate and agree as follows: Plaintiff's First
8  Amended Complaint is hereby amended to dismiss the Fifth Claim for Intentional Infliction of
9  Emotional Distress.

Dated: February 12, 2010                    Dated: February 12, 2010

**CORNERSTONE LAW GROUP**                   **RUTAN & TUCKER, LLP**

/s/                                         /s/
By: Harry G. Lewis                          By: Summer Young Agriesti
    Attorneys Plaintiff                         Attorneys for Defendant
    MEHDI SABERI                                BFS RETAIL & COMMERCIAL
                                                OPERATIONS, LLC

Dated: February 12, 2010

**GCA LAW PARTNERS LLP**

/s/
By: Kimberly A. Donovan
    Attorneys Defendant
    DANA GIRARD


PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

By: _____
    The Honorable James Larson

---

1

JOINT STIPULATION TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
Case No. 08-CV-4232 JL                                  Clients/Saberi/Pleadings/Saberi –Saberi/Pleadings/Joint CMC