HARRY G. LEWIS (SBN 157705)
JOHN C. BROWN (SBN 195804)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA  94105
Telephone:  (415) 974-1900
Facsimile:  (415) 974-6433
Email: hlewis@cornerlaw.com

Attorneys for Plaintiff MEHDI SABERI
ERNEST W. KLATTE, III (State Bar No. 115914)
SUMMER YOUNG AGRIESTI (State Bar No. 232883)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035
Email:  eklatte@rutan.com

Attorneys for Defendant BFS RETAIL & COMMERCIAL OPERATIONS, LLC

KIMBERLY A. DONOVAN (SBN 160729)
BARBARA A. TANZILLO (SBN 168339)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone:  (650) 237-7294
Facsimile:  (650) 428-3901
Email:  kdonovan@gcalaw.com

Attorneys for Defendant DANA GIRARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>                    Plaintiff,<br><br>    vs.<br><br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>                    Defendant. | **CASE NO. CV-08-4232 JL**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND DISCOVERY**<br><br>Before the Honorable James Larson<br><br>Date Action Filed:  September 8, 2008<br>Trial Date:  July 19, 2010 |

1

STIPULATION AND ORDER RE: EXPERT DEADLINES
Case No. 08-CV-4232 JL

Clients/Saberi/Pleadings/Saberi –Saberi/Pleadings/Joint CMC

1    Plaintiff Mehdi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial

2   Operations, LLC ("BFRC"), and Defendant Dana Girard ("Girard") by and through their

3   respective counsel, hereby stipulate as follows:

4    WHEREAS, the parties completed non-expert discovery by March 31, 2010, the non-

5   expert discovery cut-off date;

6    WHEREAS, on April 14, 2010, the defendants timely filed motions for summary

7   judgment that were initially set for May 19, 2010, a week prior to the last date for hearing of

8   such motions, however the Court moved the hearing on these motions to June 23, 2010;

9    WHEREAS, the trial is presently scheduled to commence on July 19, 2010, however, the

10  parties anticipate submitting a separate stipulation and proposed order seeking to continue the

11  trial date in light of the modified hearing date on the motions for summary judgment, the need

12  for briefing on motions in limine, and other issues;

13   WHEREAS, this extension of the expert deadlines need not impact the other scheduling

14  dates in the Amended Pretrial Order or, to the extent the court continues the trial date, need not

15  impact any amended scheduling dates, although the parties may seek to further modify the expert

16  deadlines consistent with any modification of the trial date;

17   NOW, THEREFORE, the parties hereby stipulate and agree to following deadlines for

18  expert disclosures and discovery:

19   1.    April 30, 2010 – Last day to disclose expert witnesses;

20   2.    May 17, 2010 – Last day to disclose rebuttal expert witness; and

21   3.    June 4, 2010 – Last day to complete expert discovery.

22  All other scheduling dates in the Amended Pretrial Order will remain the same.

23  Dated:  April 19, 2010                    Dated:  April 19, 2010

24  **CORNERSTONE LAW GROUP**          **RUTAN & TUCKER, LLP**

25  _____/s/_____       _____**/s/**_____

26  By:  Harry G. Lewis                       By:  Summer Young Agriesti
        Attorneys Plaintiff                        Attorneys for Defendant
27      MEHDI SABERI                              BFS RETAIL & COMMERCIAL
                                                  OPERATIONS, LLC
28

                                          2
STIPULATION AND ORDER RE: EXPERT DEADLINES
Case No. 08-CV-4232 JL

Clients/Saberi/Pleadings/Saberi –Saberi/Pleadings/Joint CMC

1   Dated:  April 19, 2010

2   **GCA LAW PARTNERS LLP**

3

4

    _____/s/_____
5   By:  Kimberly A. Donovan
         Attorneys Defendant
6        DANA GIRARD

7    **IT IS SO ORDERED**.

8

9                                          By:  _____

10                                         The Honorable Judge James Larson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                3
    STIPULATION AND ORDER RE: EXPERT DEADLINES
    Case No. 08-CV-4232 JL