HARRY G. LEWIS (SBN 157705)
JOHN C. BROWN (SBN 195804)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
Email: hlewis@cornerlaw.com

Attorneys for Plaintiff MEHDI SABERI
ERNEST W. KLATTE, III (State Bar No. 115914)
SUMMER YOUNG AGRIESTI (State Bar No. 232883)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: eklatte@rutan.com

Attorneys for Defendant BFS RETAIL & COMMERCIAL OPERATIONS, LLC

KIMBERLY A. DONOVAN (SBN 160729)
BARBARA A. TANZILLO (SBN 168339)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 237-7294
Facsimile: (650) 428-3901
Email: kdonovan@gcalaw.com

Attorneys for Defendant DANA GIRARD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>Plaintiff,<br><br>vs.<br><br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>Defendant. | **CASE NO. CV-08-4232 JL**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL DATE AND PRETRIAL ORDER**<br><br>Before the Honorable James Larson<br><br>Date Action Filed: September 8, 2008<br>Current Trial Date: July 19, 2010<br>[Proposed]<br>Amended Trial Date: October 18, 2010 |

1

Plaintiff Mehdi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial Operations, LLC ("BFS"), and Defendant Dana Girard ("Girard") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties completed non-expert discovery by March 31, 2010, the non-expert discovery cut-off date;

WHEREAS, on April 14, 2010, the defendants timely filed motions for summary judgment that were initially set for May 19, 2010, a week prior to the last date for hearing of such motions, however the Court moved the hearing on these motions to June 23, 2010;

WHEREAS, the trial is presently scheduled to commence on July 19, 2010. In light of the modified hearing date on the motions for summary judgment, the need for briefing on motions in limine, and other issues, the parties seek to move the trial and related pretrial dates;

WHEREAS, trial counsel for Defendant BFS will be out of the country from September 12, 2010 through September 27, 2010, and only back in the office on September 28, 2010;

WHEREAS, the parties have consulted with the Court and learned that October 18, 2010, is a date available for the Court to reschedule this trial;

NOW, THEREFORE, the parties hereby stipulate and agree, upon approval of the Court, to reset the trial in this matter and to modify the pretrial schedule as follows:

1. TRIAL DATE

a. Jury trial will begin on **October 18, 2010** at 9:00 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

b. The length of the trial will be not more than 5 days.

2. DISCOVERY

a. Experts shall be disclosed by May 21, 2010, rebuttal experts disclosed by June 18, 2010.

b. All discovery from experts shall be completed by July 30, 2010.

c. All non-expert discovery shall be completed by March 31, 2010.

d. In the event of a discovery dispute the parties shall use the procedure set forth in the Amended Pretrial Order (Dkt #56). Any joint statement or individual

2

STIPULATION AND ORDER RE: AMENDED TRIAL DATE
Case No. 08-CV-4232 JL

statements submitted under the procedure relating to non-expert discovery shall be submitted by May 12, 2010.  Any joint statement or individual statements submitted under the procedure relating to expert discovery shall be submitted by August 11, 2010.

3.     MOTIONS

a.     Girard may file an Amended Motion for Summary Judgment that does not differ in substance from the motion already on file on or before May 19, 2010 (not less than **thirty-five (35)** days prior to the scheduled hearing date of June 23, 2010). Any opposition to the Motions for Summary Judgment shall be filed no later than June 2, 2010, **twenty-one (21)** days prior to the hearing date. Any reply to the opposition shall be filed no later than June 9, 2010, **fourteen (14)** days prior to the hearing.   Dispositive motions shall be heard on **June 23, 2010**.

b.     Motions in Limine (except with respect to expert issues and issues that arise later as a result of pre-trial disclosures) shall be filed by July 21, 2010.  Any opposition shall be filed no later than August 4, 2010.  Any reply to an opposition shall be filed no later than August 11, 2010.   Motions in Limine filed pursuant to this schedule shall be heard on **August 25, 2010**.

5.     PRETRIAL CONFERENCE

a.     A final pretrial conference shall be held on **October 6, 2010**, at 11:00 a.m., in Courtroom F, 15th Floor. Each party shall attend personally or by counsel who will try the case.

b.     On or before **September 2, 2010**, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule 16-10(b), except those requirements set forth in section 5.c. below.

c.     On or before **September 9, 2010**, counsel or parties shall serve file a joint pretrial statement pursuant to Local Rule 16-10(b)(6) which shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) as well as those set forth in section 5.c. of the Amended Pretrial Order (Dkt #56).

d.     At the same time that the parties file their joint pretrial statement they

3

1  shall also file the items set forth in section 5.d. of the Amended Pretrial Order (Dkt #56),

2  including any further Motions in Limine that were not previously filed.

3       6.      On or before **September 29, 2010**, counsel or parties shall file any

4  opposition or objection to those items required by sections 5(e), (f), (j), (k) and (l) of the

5  Amended Pretrial Order (Dkt #56). Additionally, counsel or parties shall file any

6  objections to the qualifications of expert witnesses contained in the opposing party's

7  witness list. Objections not filed as required will be deemed waived. No replies shall be

8  filed. All motions and objections shall be heard at the pretrial conference unless

9  otherwise ordered.

10      7.      JURY TRIAL

11      Counsel shall comply with section 7 of the Amended Pretrial Order (Dkt #56).

13  Dated:  April 27, 2010                    Dated:  April 27, 2010

14  **CORNERSTONE LAW GROUP**               **RUTAN & TUCKER, LLP**

15  _____/s/_____                        _____/s/_____

16  By:  Harry G. Lewis                      By:  Summer Young Agriesti
17       Attorneys Plaintiff                      Attorneys for Defendant
         MEHDI SABERI                             BFS RETAIL & COMMERCIAL
18                                                OPERATIONS, LLC

19  Dated:  April 27, 2010

20  **GCA LAW PARTNERS LLP**

21  _____/s/_____

22  By:  Kimberly A. Donovan
         Attorneys Defendant
23       DANA GIRARD

24  **IT IS SO ORDERED.**

26
27                                    By:  _____
                                          The Honorable Judge James Larson

28

---

4

STIPULATION AND ORDER RE: AMENDED TRIAL DATE
Case No. 08-CV-4232 JL