HARRY G. LEWIS (SBN 157705)
JOHN C. BROWN (SBN 195804)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
Email: hlewis@cornerlaw.com

Attorneys for Plaintiff MEHDI SABERI

ERNEST W. KLATTE, III (State Bar No. 115914)
SUMMER YOUNG AGRIESTI (State Bar No. 232883)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: eklatte@rutan.com

Attorneys for Defendant BFS RETAIL & COMMERCIAL OPERATIONS, LLC

KIMBERLY A. DONOVAN (SBN 160729)
BARBARA A. TANZILLO (SBN 168339)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 237-7294
Facsimile: (650) 428-3901
Email: kdonovan@gcalaw.com

Attorneys for Defendant DANA GIRARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>Plaintiff,<br><br>vs.<br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>Defendant. | CASE NO. CV-08-4232 JL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING STATEMENTS SEEKING TO COMPEL DISCOVERY**<br><br>Before the Honorable James Larson<br><br>Date Action Filed: September 8, 2008<br>Trial Date: October 18, 2010 |

1

STIPULATION AND [ORDER] EXTENDING TIME
Case No. 08-CV-4232 JL

1  Plaintiff Mehdi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial
2  Operations, LLC ("BFS"), and Defendant Dana Girard ("Girard") by and through their
3  respective counsel, hereby stipulate as follows:
4  WHEREAS, the parties completed non-expert discovery by March 31, 2010, the non-
5  expert discovery cut-off date;
6  WHEREAS, the parties have been actively engaged in meet and confer efforts with regard
7  to discovery issues, but still have some issues in dispute; the parties are continuing in those
8  efforts and remain hopeful that most or all of the remaining issues will be resolved;
9  WHEREAS, the present deadline for submission of joint or individual statements seeking
10 to compel non-expert discovery is May 12, 2010;
11 NOW, THEREFORE, the parties hereby stipulate and agree to extend the deadline
12 for submission of joint or individual statements seeking to compel non-expert discovery
13 by one week, to May 19, 2010.

14 Dated: May 13, 2010                          Dated: May 13, 2010

15 **CORNERSTONE LAW GROUP**                    **RUTAN & TUCKER, LLP**

16 _____/s/_____                              _____/s/_____
17 By: Harry G. Lewis                           By: Summer Young Agriesti
      Attorneys Plaintiff                          Attorneys for Defendant
18    MEHDI SABERI                                 BFS RETAIL & COMMERCIAL
                                                   OPERATIONS, LLC
19

20 Dated: May 13, 2010

21 **GCA LAW PARTNERS LLP**

22 _____/s/_____
23 By: Kimberly A. Donovan
      Attorneys Defendant
      DANA GIRARD
24
   **IT IS SO ORDERED.**
25

26

27                                              By: _____/s/ James Larson_____
                                                The Honorable Judge James Larson
28

2

STIPULATION AND [ORDER] EXTENDING TIME
Case No. 08-CV-4232 JL