1  Ernest W. Klatte, III (State Bar No. 115914)
   eklatte@rutan.com
2  Summer Young Agriesti (State Bar No. 232883)
   syoung@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendant
   BFS RETAIL & COMMERCIAL OPERATIONS, LLC
7
   Kimberly A. Donovan (SBN 160729)
8  Barbara A. Tanzillo (SBN 168339)
   GCA LAW PARTNERS LLP
9  1891 Landings Drive
   Mountain View, CA 94043
10 Telephone: (650) 237-7294
   Facsimile: (650) 428-3901
11 Email: kdonovan@gcalaw.com

12 Attorneys for Defendant
   DANA GIRARD
13
   Harry G. Lewis (SBN 157705)
14 John C. Brown (SBN 195804)
   Julie A. Marquis (SBN 178466)
15 CORNERSTONE LAW GROUP
   595 Market Street, Suite 2360
16 San Francisco, CA 94105
   Telephone: (415) 974-1900
17 Facsimile: (415) 974-6433
   Email: hlewis@cornerlaw.com
18

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>              Plaintiff,<br><br>     vs.<br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>              Defendant. | Case No. 08-CV-4232-JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MOTIONS IN LIMINE AND EXPERT DISCOVERY**<br><br>Before the Honorable James Larson<br><br>Date Action Filed:   September 8, 2008<br>Trial Date:          October 18, 2010 |

Rutan & Tucker, LLP
attorneys at law

2461/013229-0143
1103390.01 a07/06/10

Case No. 08-CV-4232-J
STIPULATION TO EXTEND DEADLINES
FOR MOTIONS IN LIMINE AND EXPERT

Plaintiff Medhi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial Operations, LLC ("BFRC"), and Defendant Dana Girard ("Girard") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties are awaiting the outcome of this Court's ruling on Defendants BFRC and Girard's Motions for Summary Judgment;

WHEREAS, experts and rebuttal experts have already been disclosed and the current deadline for completion of expert discovery is July 30, 2010;

WHEREAS, the current deadline for filing motions in limine (except with respect to expert issues and issues that arise later as a result of pre-trial disclosures) is July 21, 2010;

WHEREAS, all parties would like to avoid incurring expenses associated with conducting expert discovery and drafting motions in limine without the benefit of the Court's ruling on Defedants BFRC and Girard's Motions for Summary Judgment;

NOW, THEREFORE, the parties hereby stipulate and agree, upon order of this Court, to modify the following deadlines for expert discovery and motions in limine, as previously set forth in the Stipulation and Order issued on April 29, 2010 (Dkt #104), as follows:

1. August 6: the last day to complete discovery from expert witnesses;
2. August 13: the last day to file joint or individual statements relating to expert discovery pursuant to the procedures set forth in the Amended Pretrial Order (Dkt #56);
3. August 4: the last day to file motions in limine (except with respect to expert issues and issues that arise later as a result of pre-trial disclosures);
4. August 18, 2010: the last day to file oppositions to motions in limine;
5. August 25, 2010: the last day to file a replies regarding motions in limine;
6. September 8, 2010: motions in limine filed pursuant to this schedule shall be heard on this date, or as ordered by the court.

///

///

///

Rutan & Tucker, LLP
attorneys at law

2461/013229-0143
1103390.01 a07/06/10

-1-

Case No. 08-CV-4232-J
STIPULATION TO EXTEND DEADLINES
FOR MOTIONS IN LIMINE AND EXPERT

1 | Except as set out in this Stipulation and Order, all deadlines, orders and requirements set forth in
2 | the Stipulation and Order issued on April 29, 2010 (Dkt #104) shall remain in effect.

Dated: July 6, 2010

**CORNERSTONE LAW GROUP**

_____/s/_____
By: Harry G. Lewis
    Attorneys for Plaintiff
    MEHDI SABERI

Dated: July 6, 2010

**GCA LAW PARTNERS LLP**

_____/s/_____
By: Kimberly A. Donovan
    Attorneys Defendant
    DANA GIRARD

IT IS SO ORDERED.

Dated: July 6, 2010

**RUTAN & TUCKER, LLP**

_____/s/_____
By: Summer Young Agriesti
    Attorneys for Defendant
    BFS RETAIL & COMMERCIAL
    OPERATIONS, LLC

By: _____/s/ James Larson_____
    The Honorable Judge James Larson

Rutan & Tucker, LLP
attorneys at law

2461/013229-0143
1103390.01 a07/06/10

-2-

Case No. 08-CV-4232-J
STIPULATION TO EXTEND DEADLINES
FOR MOTIONS IN LIMINE AND EXPERT