HARRY G. LEWIS (SBN 157705)
JOHN C. BROWN (SBN 195804)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA  94105
Telephone:  (415) 974-1900
Facsimile:  (415) 974-6433
Email: hlewis@cornerlaw.com

Attorneys for Plaintiff MEHDI SABERI
ERNEST W. KLATTE, III (State Bar No. 115914)
SUMMER YOUNG AGRIESTI (State Bar No. 232883)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035
Email:  eklatte@rutan.com

Attorneys for Defendant BFS RETAIL & COMMERCIAL OPERATIONS, LLC

KIMBERLY A. DONOVAN (SBN 160729)
BARBARA A. TANZILLO (SBN 168339)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone:  (650) 237-7294
Facsimile:  (650) 428-3901
Email:  kdonovan@gcalaw.com

Attorneys for Defendant DANA GIRARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI SABERI,<br><br>             Plaintiff,<br><br>     vs.<br><br><br>BFS RETAIL & COMMERCIAL OPERATIONS, LLC,<br><br>             Defendant. | **CASE NO. CV-08-4232 JL**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL ORDER**<br><br>Before the Honorable James Larson<br><br>Date Action Filed:  September 8, 2008<br>Current Trial Date:  October 18, 2010<br>[Proposed]<br>Amended Trial Date: January 31, 2011 |

1

1  Plaintiff Mehdi Saberi ("Plaintiff"), Defendant BFS Retail & Commercial

2  Operations, LLC ("BFS"), and Defendant Dana Girard ("Girard") by and through their

3  respective counsel, hereby stipulate as follows:

4  WHEREAS, the parties completed non-expert discovery by March 31, 2010, the non-

5  expert discovery cut-off date;

6  WHEREAS, on April 14, 2010, the defendants timely filed motions for summary

7  judgment that were initially set for May 19, 2010, a week prior to the last date for hearing of

8  such motions, however the Court moved the hearing on these motions to June 23, 2010;

9  WHEREAS, experts and rebuttal experts have already been disclosed and the

10  current deadline for completion of expert discovery is August 6, 2010;

11  WHEREAS, the current deadline for filing motions in limine (except with respect

12  to expert issues and issues that arise later as a result of pre-trial disclosures) is August 4,

13  2010;

14  WHEREAS, the parties have continued the motion in limine filing and hearing date

15  as much as possible without moving the trial date, as the current date for hearing motions

16  in limine is the day before pre-trial disclosure are due;

17  WHEREAS, all parties would like to avoid incurring expenses associated with

18  conducting expert discovery and drafting motions in limine without the benefit of the

19  Court's ruling on Defendants BFRC and Girard's Motions for Summary Judgment;

20  WHEREAS, the parties have consulted with the Court and learned that January 31, 2011,

21  is the first date available for the Court to reschedule this trial in either December 2010 or January

22  2011;

23  NOW, THEREFORE, the parties hereby stipulate and agree, upon approval of the Court,

24  to reset the trial in this matter and to modify the pretrial schedule as follows:

25  1.  TRIAL DATE

26  a.  Jury trial will begin on **January 31, 2011** at 9:00 a.m. in Courtroom F, 15th

27  Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

28  b.  The length of the trial will be not more than 5 days.

1  2.    DISCOVERY

2          a.    All discovery from experts shall be completed by November 12, 2010.

3          d.    In the event of a discovery dispute the parties shall use the procedure set

4  forth in the Amended Pretrial Order (Dkt #56).

5  3.    MOTIONS IN LIMINE

6          Motions in Limine (except with respect to expert issues and issues that arise later

7  as a result of pre-trial disclosures) shall be filed by November 3, 2010.  Any opposition

8  shall be filed no later than November 12, 2010.  Any reply to an opposition shall be filed

9  no later than November 24, 2010.   Motions in Limine filed pursuant to this schedule

10 shall be heard on **December 1, 2010**.

11 4.    PRETRIAL CONFERENCE

12         a.    A final pretrial conference shall be held on **January 19, 2011** at 11:00

13 a.m., in Courtroom F, 15th Floor. Each party shall attend personally or by counsel who

14 will try the case.

15         b.    On or before **December 10, 2010**, all counsel or parties shall meet and

16 fulfill the requirements of Civil Local Rule 16-10(b), except those requirements set forth

17 in section 5.c. below.

18         c.    On or before **December 17, 2010**, counsel or parties shall serve file a joint

19 pretrial statement pursuant to Local Rule 16-10(b)(6) which shall include the disclosures

20 required by Fed. R. Civ. P. 26(a)(3) as well as those set forth in section 5.c. of the

21 Amended Pretrial Order (Dkt #56).

22         d.    At the same time that the parties file their joint pretrial statement they

23 shall also file the items set forth in section 5.d. of the Amended Pretrial Order (Dkt #56),

24 including any further Motions in Limine that were not previously filed.

25 5.    On or before January 10, 2011, counsel or parties shall file any opposition or

26 objection to those items required by sections 5(e), (f), (j), (k) and (l) of the Amended

27 Pretrial Order (Dkt #56). Additionally, counsel or parties shall file any objections to the

28 qualifications of expert witnesses contained in the opposing party's witness list.

3

1   Objections not filed as required will be deemed waived. No replies shall be filed. All

2   motions and objections shall be heard at the pretrial conference unless otherwise

3   ordered.

4   6.      JURY TRIAL

5           Counsel shall comply with section 7 of the Amended Pretrial Order (Dkt #56).

6

7   Dated:  July 30, 2010                          Dated:  July 30, 2010

8   **CORNERSTONE LAW GROUP**                      **RUTAN & TUCKER, LLP**

9   _____/s/_____                          _____/s/_____

10  By:  Harry G. Lewis                            By:  Summer Young Agriesti
         Attorneys Plaintiff                            Attorneys for Defendant
11       MEHDI SABERI                                   BFS RETAIL & COMMERCIAL
                                                        OPERATIONS, LLC
12

13  Dated:  July 30, 2010

14  **GCA LAW PARTNERS LLP**

15  _____/s/_____

16  By:  Kimberly A. Donovan
         Attorneys Defendant
17       DANA GIRARD

18

19          IT IS ORDERED that the trial date in this matter be modified to commence on

20  January 31, 2011, and that the related pre-trial dates and deadlines be amended as set forth in this

21  Stipulation and Order.

22

23                                      By: _____

24                                          The Honorable Judge James Larson

25

26

27

28

                                        4
STIPULATION AND ORDER RE: AMENDED TRIAL DATE
Case No. 08-CV-4232 JL

1

**CERTIFICATE OF SERVICE**

2

3    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Rutan & Tucker, LLP, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

4

5    On July 30, 2010, I served the following described as:

6    **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND PRETRIAL ORDER**

7    on all parties identified for Notice Of Electronic Filing generated by the Court's CM/ECF system in this case on this date in the following manner:

8

|  |  |
|---|---|
| Harry G. Lewis, Esq. | Kimberly A. Donovan, Esq. |
| hlewis@cornerlaw.com | kdonovan@gcalaw.com |
| Christina S. Park, Esq. | Barbara E. Tanzillo, Esq. |
| cpark@cornerlaw.com | btanzillo@gcalaw.com |
| Cornerstone Law Group | GCA Law Partners LLP |
| 595 Market Street, Suite 2360 | 1891 Landings Drive |
| San Francisco, CA  94105-2835 | Mountain View, CA  94043 |

9

10

11

12

|  |  |
|---|---|
| Attorneys for Plaintiff | Co-Counsel for Defendant |
| Mehdi Saberi | Dana J. Girard |

13

14    [✓]    **(BY ELECTRONIC SERVICE)** by causing the document to be served via the Court's ECF Filing System.

15

16    [✓]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17    EXECUTED on July 30, 2010, at Costa Mesa, California.

18

19                                                                Zanetta Carr

20                                             Zanetta Carr

21

22

23

24

25

26

27

28

307/013229-0143
1074039.01